THE STATE v. BRYANT FOSTER.

*Appeal—Case.*

If there is no case on appeal and no errors appear in the record proper, the judgment will be affirmed.

MOTION of the Attorney General to affirm the judgment of the Court below, rendered by *Bryan, J.*, at January Term, 1892, of FRANKLIN Superior Court.

*The Attorney General*, for the State.
No counsel for defendant.

CLARK, J.: No statement of the case on appeal accompanies the transcript, and no error appears on an inspection of the record proper. The judgment must be affirmed. *State* v. *Freeman*, 93 N. C., 558; *Manufacturing Co.* v. *Simmons*, 97 N. C., 89; *Walker* v. *Scott*, 102 N. C., 487; *Peebles* v. *Braswell*, 107 N. C., 68.

Affirmed.